WILLIAM H. HOWARD, Respondent, v. THE NEW YORK & MANHATTAN BEACH RAILWAY COMPANY, Appellant.

Judgment affirmed, with costs.

Opinion by Dykman, J.

---

HENRY SUMMERSGILL, Respondent, v. JOHN COUP, THOMAS COUP and JAMES COUP, Appellants.

Appeal dismissed, with costs.

Opinion by Gilbert, J.

---

OSBORNE HOWES and others, Appellants, v. LOUIS CALLIESS, Respondent.

Judgment reversed and new trial granted, costs to abide event.

Opinion by Barnard, P. J.

---

SIDNEY DE KAY, Respondent, v. JOSEPH D. LAWRENCE, Appellant.

Judgment affirmed, with costs.

Opinion by Barnard, P. J.

---

MICHAEL M. COSTELLO, Respondent, v. WILLIAM B. CURTIS, Appellant.

Judgment reversed, and new trial granted; costs to abide event.

Opinion by Dykman, J.

---

JOHN E. PEARSALL v. GEORGE PRICE and JOHN E. ARNOLD.

Order of County Court affirmed, with costs and disbursements.

Opinion by Barnard, P. J.

---

STEPHEN SARLES v. GEORGE FRASCHELL.

Motion granted, without costs, with leave to appellant to withdraw his appeal if he desires so to do, without costs.